UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CLEON KEVIN TAYLOR a/k/a Ricardo O. Riley,

        Plaintiff,

v.                                                CASE NO. 2:10-CV-221-FtM-36SPC

OFFICER HILDEN, Punta Gorda Police and CITY
OF PUNTA GORDA POLICE DEPARTMENT,

        Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri P. Chappell on June 15, 2010 (Dkt. 7), recommending that the Court deny Plaintiff's Motion for Leave to Proceed In Forma Pauperis[1] and dismiss the action for Plaintiff's failure to inform the Court of a change of address and failure to file a complete application to proceed In Forma Pauperis. Plaintiff did not file an objection to the Report and Recommendation, and the time for filing such an objection has expired.

After carefully considering Plaintiff's Complaint (Dkt. 1), Plaintiff's Affidavit to Proceed In Forma Pauperis (Dkt. 2), the Court's Show Cause Order (Dkt. 6) and Magistrate Judge Chappell's Report and Recommendation, and undertaking a *de novo* review of the legal determinations recommended therein, the Court concludes that Magistrate Judge Chappell's Report and Recommendation should be confirmed and accepted.

---

[1] Plaintiff submitted an Affidavit of Indigency (Dkt. 2), which was construed as a Motion for Leave to Proceed In Forma Pauperis.

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Dkt. 7) is **ADOPTED, CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 2) is **DENIED**.

3. This action is **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions, enter judgment accordingly and close the file.

**DONE AND ORDERED** at Ft. Myers, Florida, on June 30, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Sheri P. Chappell
Counsel of Record and Unrepresented Party